American Bank and Trust Company of Pennsylvania, Appellant, *v.* Seyler.

Argued September 13, 1967. *Raymond*

*K. Hess,* with him *Bingaman, Hess, Coblentz and Bell,* for appellant; *John P. Wanner,* in propria persona, for appellee.

Order affirmed.